## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR SEARCH WARRANT

### I.  INTRODUCTION AND AGENT BACKGROUND

Affiant, Kevin W. Damuth, a Special Agent (SA) with the Federal Bureau of

Investigation (FBI), being duly sworn, hereby depose and state as follows:

Affiant has been employed as a Special Agent with the Federal Bureau of

Investigation (FBI) since January 17, 1999 and currently serves in Helena,

Montana. As a Special Agent, Affiant has participated in the investigation of a

number of Federal offenses, including those identified in Title 18, U.S.C. §§ 2251,

2252 and 2252A, et seq., dealing with offenses related to child pornography.  Since

December 2004, Affiant has been involved in numerous investigations involving

the sexual exploitation of children.  Affiant has received specialized training in that

area and has also collaborated with other agents/experts who are highly trained in

the field of child pornography investigations and investigative techniques.  As part

of his duties, Affiant investigates criminal violations relating to the exploitation of

children including violations pertaining to the advertisement and distribution of

child pornography in violation of the United States Code.  Affiant has gained

experience though training and everyday work relating to these types of

investigations.  Specifically, Affiant is required to distinguish between images that

1

depict child pornography and child erotica (non-child pornography).  As the case agent in FBI investigations, Affiant has applied for federal search warrants and participated in the execution of those warrants.

As a federal agent, Affiant is authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

The statements in this affidavit are based on Affiant's personal observations, training and experience, investigation of this matter, and information obtained from other agents and witnesses.  Because this affidavit is being submitted for the limited purpose of securing a search warrant, Affiant has not included each and every fact known to him concerning this investigation.  Affiant has set forth the facts that he believes are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities are present in the information associated with the  Google, Yahoo, Microsoft, and AOL  accounts discussed below pertaining to violations of Title 18, U.S.C. § 2251(d) & (e), which make it a crime to advertise or conspire to advertise child pornography; 18 U.S.C. § 2252A(a)(2) & (b)(1), which make it a crime to receive and/or distribute child pornography or conspire to engage in such conduct; and/or 18 U.S.C. § 2252A(a)(5)(B) and (b)(2)

which makes it a crime to possess or knowingly access with intent to view child pornography or conspire to engage in such conduct.

Affiant makes this affidavit in support of applications for search warrants for content and records associated with the Google e-mail accounts ozias21@gmail.com, vtx6719@gmail.com, jailbaitlover143@gmail.com, jalex0085@gmail.com, olvidadaalma@gmail.com, and megocryptic@gmail.com which are stored at premises owned, maintained, controlled, or operated by Google, Inc., an Internet company located at 1600 Amphitheatre Parkway, Mountain View, California 94043, the Yahoo! email accounts soarinblades@yahoo.com, lojoe12@yahoo.com, iluv420girls@yahoo.com , dragon323187@yahoo.com, Mbudlite89@yahoo.com, and keitaro8806@yahoo.com which are stored at premises owned, maintained, controlled, or operated by Yahoo! Inc., 701 First Avenue, Sunnyvale, California 94089, the Microsoft email accounts fourteenthousandfeet@hotmail.com and ff575maranello@hotmail.com which are  stored at premises owned, maintained, controlled or operated by Microsoft Corporation, One Microsoft Way, Redmond, Washington 98052, and the email account inpersonator@aim.com stored at premises owned, maintained, controlled or operated by AOL Inc., 22000 AOL Way, Dulles, VA 20166.  The information and accounts to be searched are

described in the following paragraphs and in separate Attachments A and B (separate attachment prepared for each account).

This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google, Inc. and/or Yahoo!, and/or Microsoft, and/or AOL Inc. to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts referenced in this affidavit and further in Attachment A, including the contents of the communications.

Affiant has probable cause to believe that evidence of violations of 18 U.S.C. § 2251(d) &(e), 18 U.S.C. § 2252A(a)(2) &(b)(1), and/or 18 U.S.C. § 2252A(a)(5)(B) &(b)(2) are present, involving the use of a computer in or affecting interstate commerce to advertise, receive, distribute, possess, and/or access with intent to view child pornography, along with the conspiracy to engage in the above-mentioned conduct, is located in and within the aforementioned accounts described herein.  Additionally, Affiant has probable cause to believe that the accounts that are the subject of the instant application will have stored information and communications that are relevant to this investigation, to include evidence of the identity and/or location of the person maintaining and controlling the above email accounts, and ultimately the identity and/or location of the person

advertising, distributing, receiving, and accessing with intent to view child

pornography on the bulletin board DMoon.  As outlined below, and based on

Affiant's training and experience, there is probable cause to believe that evidence,

fruits and/or instrumentalities of the aforementioned crimes are located in these

accounts.

## II. PERTINENT CRIMINAL STATUTES

This investigation concerns alleged violations of 18 U.S.C. §§ 2251(d) & (e)

and 18 U.S.C. §2252A, relating to material involving the sexual exploitation of

minors, and the conspiracy to engage in such conduct.  Namely:

a. 18 U.S.C. § 2251(d)(1) prohibits a person, who knows or has reason

to know that the notice or advertisement will be transported using any

means or facility of interstate or foreign commerce or in or affecting

interstate or foreign commerce by any means including by computer

or that the notice is transported in or affecting interstate or foreign

commerce including by computer, from knowingly making, printing,

or publishing, or causing to be made, printed, or published, any notice

or advertisement seeking or offering  to receive, exchange, buy,

produce, display, distribute, or reproduce, any visual depiction, if the

production of such visual depiction involves the use of a minor

engaging in sexually explicit conduct and such visual depiction is of such conduct.  18 U.S.C. § 2251(e) prohibits conspiracies to engage in such conduct.

b.   18 U.S.C. § 2252A(a)(2) prohibits a person from knowingly receiving or distributing any child pornography that has been mailed or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.  18 U.S.C. § 2252A(b)(1) prohibits conspiracies to engage in such conduct.

c.   18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by

computer.  18 U.S.C. § 2252A(a)(b)(2) prohibits conspiracies to engage in such conduct.

## III. DEFINITIONS

The following non-exhaustive list of definitions applies to this Affidavit and Attachments A and B to this Affidavit:

a. "Child Pornography" means the definition in 18 U.S.C. § 2256(8).

b. "Visual depictions" means the definition in 18 U.S.C. § 2256(5).

c. "Minor" or "child" means any person under the age of eighteen years.

d. "Sexually explicit conduct" means actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person. *See* 18 U.S.C. § 2256(2).

e. "Computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, smart phones, mobile phones, tablets, server computers, and network hardware.

f. "Internet Protocol address" or "IP address", as used herein, is defined as a numeric address of a machine in the format used on the Internet. The IP address is a unique number consisting of four blocks of numbers as in 123.456.789.001, for example.

g. A "Preservation Letter" is a letter governmental entities may issue to Internet providers pursuant to 18 U.S.C. § 2703(f) to ensure that the Internet Providers preserve records in its possession. The preservation of such records is necessary given the dynamic nature of digital records that may be deleted

h. Uniform Resource Locator (URL), as used herein, specifies addresses on the World Wide Web (WWW). For instance, the URL for the FBI's homepage is http://www.fbi.gov/.

## IV.   CHILD PORNOGRAPHY, COMPUTERS AND THE ONLINE EXPLOITATION OF CHILDREN

Based upon Affiant's knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom Affiant has had discussions, Affiant is aware of the following:

a. There are certain characteristics common to individuals who utilize web based bulletin boards to advertise, distribute, receive, and access with intent to

view images of child pornography.  For example, individuals who advertise, distribute, receive, and/or access with intent to view child pornography may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

      b.      Individuals who advertise, distribute, receive, and/or access with intent to view child pornography may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Individuals who have a sexual interest in children or images of children oftentimes use these materials for their own sexual arousal and gratification.  Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

      c.      Individuals who advertise, distribute, receive, and/or access with intent to view child pornography almost always possess and maintain their "hard copies" of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure

location, including an email account, often reachable with the click of a computer mouse. Individuals who have a sexual interest in children or images of children typically retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years and such collections are rarely destroyed.

     d.     Individuals who advertise, distribute, receive, and/or access with intent to view child pornography also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography. Such communications and contacts are commonly found in email accounts.

     e.     One of the most efficacious ways to expand a collection of child pornography is to offer another collector, via a trade over the Internet through email or online boards, images the trading partner does not already possess. Accordingly, it may be necessary to keep a great number of images in storage so as to have adequate material to allow participation in this informal barter system. This tendency is enhanced by the increased sense of security that a computer and peripherals such as on-line storage provide.

f.     Computers and computer technology have revolutionized the way in which child pornography is produced, distributed, stored and communicated as a commodity and a further tool of online child exploitation.

g.     Child pornography is not readily available in retail establishments in the United States because it is illegal.  Accordingly, individuals who wish to obtain child pornography often do so by ordering it from abroad or by discreet contact with other individuals who share their interests and have it available.  The use of computers to traffic in, trade or collect child pornography has become one of the preferred methods of obtaining these materials.  An individual familiar with a computer can use it in some private location to interact with another individual or a business offering such material.  The use of the computer offers individuals interested in obtaining child pornography a sense of anonymity, privacy and secrecy not available elsewhere, as well as the added benefit of speedy transmissions and communications.

## V. TECHNICAL INFORMATION REGARDING EMAIL PROVIDERS

Based on Affiant's training, research and experience, he has learned that companies such as Google, Yahoo, Microsoft, and AOL provide a variety of services, including electronic mail ("e-mail") access to the general public.  Such providers allow subscribers to obtain e-mail accounts with various domain names

such as "gmail.com" or "googlemail.com" if using Google, "yahoo.com" if using Yahoo, "hotmail.com" if using Microsoft, and aim.com if using AOL. Subscribers obtain an account by registering with the respective email provider. During the registration process, an email provider may ask the subscriber to provide basic personal information.

Generally, an e-mail that is sent to an email subscriber is stored in the subscriber's "in-box" on the email provider's servers until the subscriber deletes the e-mail. If the subscriber does not delete the message, the message can remain on the servers indefinitely. The user can move and store messages in personal folders such as a "sent folder." In recent years, email providers have provided their users with larger storage capabilities associated with the user's e-mail account. Based on conversations with other law enforcement officers with experience in executing and reviewing search warrants of e-mail accounts, Affiant has learned that search warrants for e-mail accounts and computer systems have revealed stored e-mails sent and/or received many years prior to the date of the search.

When the subscriber sends an e-mail, it is initiated at the user's computer, transferred via the Internet to the email provider's servers, and then transmitted to its end destination. Email providers often save a copy of the e-mail sent. Unless

the sender of the e-mail specifically deletes the e-mail from the email provider's server, the e-mail can remain on the system indefinitely.

A sent or received e-mail typically includes the content of the message, source and destination addresses, the date and time at which the e-mail was sent, and the size and length of the e-mail. If an e-mail user writes a draft message but does not send it, that message may also be saved by the email provider but may not include all of these categories of data.

Typically, subscribers can also store files, including e-mails, address books, contact or buddy lists, calendar data, pictures, and other files on servers maintained and/or owned by the email providers. Subscribers might not store on their home computers copies of the e-mails stored in the email provider account. This is sometimes true when they access their accounts   through the web, or if they do not wish to maintain particular e-mails or files in their residence.  In essence, a subscriber's e-mail box has become a common online data storage location for many users. This is particularly true when they access their account through the web, or if they do not wish to maintain particular e-mails or files in their residence. In Affiant's training and experience, users who collect child pornography often receive and distribute child pornography through their email accounts.

In general, e-mail providers ask each of their subscribers to provide certain personal identifying information when registering for an e-mail account. This information could include the subscriber's full name, physical address, telephone numbers and other identifiers, such as alternative e-mail addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

E-mail providers typically retain certain transaction information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via the email providers website), and other log files that reflect usage of the account. In addition, e-mail providers often have records of the IP address used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the e-mail account.

In some cases, e-mail account users will communicate directly with an e-mail service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. E-mail providers typically retain records about such communications, including records of contacts between the user and the providers support services, as well as records of any actions taken by the provider or user as a result of the communications.

In Affiant's training and experience, e-mail users often use e-mail accounts for everyday transactions because it is fast, low cost, and simple to use. People use e-mail to communicate with friends and family, manage accounts, pay bills, and conduct other online business. E-mail users often keep records of these transactions in their e-mail accounts, to include identifying information such as name and address.

In Affiant's training and experience, evidence of who was using an e-mail account is often found in address books, contact or buddy lists, e-mail in the account, and attachments to e-mails, including pictures and files.

## VI.   WEB BASED BULLETIN BOARD SYSTEMS ("BB")

Affiant has had both training and experience in the investigation of computer-related crimes. Based on that training, experience and knowledge, as well as information received from other law enforcement officers, he knows the

following:

a. The Internet is a worldwide network of computer systems operated by governmental entities, corporations, and universities. In order to access the Internet, an individual computer user must subscribe to an access provider, which operates a host computer system with direct access to the Internet. The World Wide Web (www) is a functionality of the Internet, which allows users of the Internet to share information;

b. With a computer connected to the Internet, an individual computer user can make electronic contact with millions of computers around the world. This connection can be made by any number of means, including modem, local area network, wireless and numerous other methods.

c. A web based bulletin board serves as an online venue through which individuals, normally referred to as subscribers or members, can communicate with each other. In order to access a web based bulletin board, an individual normally only needs access to the Internet, a web browser, such as Internet Explorer or Firefox, and possibly an account on the bulletin board.

d. The requirements to become a member or a subscriber to a bulletin board are extremely varied and are usually under the sole control of the individual(s) that has established the bulletin board. Some bulletin boards are referred to as "open" and anyone can sign-up for membership and it be granted automatically. For these open bulletin boards, membership is not usually required to view the various sections of the board, but the ability to make posts typically requires membership. Other types of boards might require that an individual sign-up for membership before they are allowed access to even view the posts/content of the bulletin board. Some of these boards grant automatic membership when an individual signs up. Other boards, however, do not grant automatic membership and require that the individual(s) that are in charge of the board, referred to as "Administrator(s)," approve the membership requests. These types of bulletin boards are typically referred to as "private," "closed," or "restricted," bulletin boards due to the restricted nature of and requirements for board access. The requirements to become a member of these types of boards are entirely up to the board's Administrator and are not a pre-set feature of bulletin boards. In the case of bulletin boards that are focused on the advertisement, production, and

distribution of child exploitation material (CEM), some common requirements to become a member would include prior personal knowledge or experience with the applicant, a current member's personal knowledge or experience with an applicant, the distribution of CEM to the current members by the applicant in order to confirm the applicant is not law enforcement, or the production and distribution of new CEM to the current board membership.

e.   Once an individual becomes a member of any type of bulletin board, they are typically given a membership level or title. These levels or titles are usually set by default within a specific type of bulletin board, but Administrator(s) will usually alter the titles to fit with the overall theme/topic of the bulletin board itself. A member's title/level is also usually tied directly to the information that they are allowed to view and actions they are allowed to take. Some restrictions initially placed on a new board member might include the inability to send private messages or electronic mail (e-mail) via the bulletin board to other members; being limited on the number of new posts that can be created, if any; or being unable to access or view certain areas of the bulletin board entirely. For instance, a new member might only be able to see seven sections and the associated communications on a given bulletin board, however, an individual with a higher membership level might be able to see an additional three sections which a new member cannot access or view. The level of access that is granted to individual members can either be assigned automatically or by the board's Administrator(s). Additionally, increases or decreases in level of access can occur automatically based on specific criteria, such as number of postings to the bulletin board, or manually, again by the board's Administrator(s), based on arbitrary requirements.

f.   Normally, a bulletin board will contain a section that outlines acceptable conduct by board members as well as any general rules. This section is generally located near the top of the bulletin board when viewed in a web-browser and is accessible by all board members. In these sections, members are usually informed of what can and cannot be posted onto the bulletin board, dispute resolution, requirements for various levels of membership, requesting/directing posts to be kept "on-topic" in a particular thread or forum, and other similar guidelines. In the case of bulletin boards that are focused on CEM, security information and recommendations will also normally be found. Depending on the size of

the bulletin board and the frequency with which new members join, there will exist a section that allows new members to introduce themselves to everyone else without creating unnecessary postings in the other areas.

g. Communications on a bulletin board are typically divided into forums, sub-forums, threads, and posts, depending on the structure of the individual board software and how that software is configured by the individual or individuals responsible for establishing and maintaining the bulletin board. Individual forums, sub-forums, and threads can have separate topics or titles, in order to allow individuals viewing the bulletin board a method to quickly identify information of interest. A forum could be considered the largest grouping of information related to a specific topic. For instance, a bulletin board that was created for the discussion of automobiles might only focus on a specific make of automobile, such as "Chevrolet". Individual forums within that single bulletin board might deal with specific models, such as "Camaro", and sub-forums within that might focus on specific aspects of that particular model and be titled "Engine", "Suspension", "Maintenance", "Racing", or any other topic/title that is created by the bulletin board subscribers. Individual threads are generally the most specific and individualized component of a bulletin board and are generally able to be created by members of the bulletin board in order to either ask questions of or provide information to other members.

h. When a member creates a post on a bulletin board, the post will either be the first post in a new thread created by the member or a reply to an existing series of posts in an existing thread. The information contained in either type of post can include text, an imbedded file (depending on how the bulletin board is configured), or hyperlinks to external third-party data hosting locations. In addition to the information provided within the post itself, information about the member creating the post and when the post was created is typically visible. The bulletin board software will also maintain records or logs of postings created. Information contained in these logs normally include a unique member identification number, the Internet Protocol (IP) address utilized, date/time/time zone, post location within the bulletin board, content of the post (to include external links), links to embedded/attached files, in addition to other information.

i. In addition to public postings by members, a typical feature of bulletin

boards includes the ability to send private messages, or PM's, to other board members. These private messages are only visible to the board members participating in the exchange and are not typically visible even to the person who created the bulletin board. Some bulletin boards will notify a member that they have a new private message by sending them an electronic mail (e-mail) alerting them to the new message. This e-mail may or may not contain the actual contents/message depending on the bulletin board settings and configurations.

## VII.   THIRD-PARTY DATA HOSTING LOCATIONS

Third-party data hosting services, such as *https://rapidshare.com*, allow individuals to upload files to a remote server and generates a unique universal resource locator (URL) which can be used by the uploader or provided to other individuals to access the uploaded file. The individual files uploaded are usually never reviewed by the hosting service itself and can generally be of any type, unless restricted by the hosting service. Additionally, individual files could be compressed, and therefore contain multiple files, require passwords to access, either the download or the file itself, or combinations therein. Depending on the service used, there could be a fee associated with hosting the files or they could be hosted for free.

Each individual service will also maintain the uploaded files based on each site's guidelines. Typically, links to files will expire after a certain period of time, whenever they are removed by the uploader, or a complaint is received and the hosting company reviews the file and determines that it is a violation of their terms of service. Once a link has expired or a file removed by the uploader or hosting

company, that particular file is no long accessible via the initially generated URL and the file would have to be re-uploaded or "re-up'd" in order for it to be accessible again, with a new URL generated.

## VIII. DETAILS OF THE INVESTIGATION

Based on Affiant's knowledge and experience and on information received from other individuals and other law enforcement officers as set forth below, he has learned the following:

During April 2013, law enforcement executed numerous residential search warrants in connection to the bulletin board (BB) known as Kingdom of Future Dreams (KOFD). KOFD was created by Paul Wencewicz of Polson, Montana, and was a board that allowed members to advertise, distribute, and view child pornography. Wencewicz was known as Dreamer on the KOFD BB. During this investigation, law enforcement learned that several KOFD members, including but not limited to, Dreamer, Superboy, Father48, and GrouchoMarxist were also members of Dmoon. After obtaining and executing search warrants on residences in connection with KOFD, Superboy (Tony Bronson), Father48 (Charles Crosby) and GrouchoMarxist (Phillip Morris) gave law enforcement consent to access the Dmoon BB via their user accounts.

Investigation revealed that DMoon was maintained on a server in the United

Kingdom. During April 2013, the FBI worked with United Kingdom law enforcement (i.e. Northumbria Police) in preserving the contents of the Dmoon BB and obtaining its contents.  An initial review of DMoon shows that the board allowed users to post preview images depicting child pornography, along with url links to third party hosts so that members could obtain additional images of child pornography.  Members were permitted to comment on the images and links that were posted.

The Board Index of DMoon shows it was broken up into various forums and subforums, laid out (in part) as follows:

**Information**
**Rules** – Please read the rules
**Announcements** – Latest Information
**Feedback** – Comments, Question, Problems & Ideas
**Introduction** – Take a second to introduce yourself
**Away Messages** – If you are away for a while let us know

**Private Area** – Your posts in this category can only be viewed by yourself and staff members
**My Applications** – You want to get promoted? Post your application here
**My Scratchpad** – Testing and other stuff no one cares about

**Discussion**
**General** – General conversation, off-topic, whatever you like
                    ....
**Security** – any software or tips to stay safe in our hobby
**How To** – Useful tutorials – Subforum: Use Russian Image Hosts
**Help Center** – Need help with hardware, software, etc, ask here

**<u>Members Area (NN)</u>**
**Discussion** – Picture of the Day
**Index's**
**Studios**
….
**Image Galleries**

**<u>Advanced Members Area (Nude)</u>**
**Discussion** – Subforum: Picture of the Day
**Index's**
**Studios**
….

**Other Models/Studios**
Content which doesn't fit any of the above studios

**Image Galleries**

**Amateur & Candid**
Nudism/Naturism
Webcams

**…**

**Requests** – Can't find a set or a video? Ask here

**Trash**

**<u>Secret Zone</u>**
…

**<u>Staff</u>**
**Staff Talk**
**Moderation – Subforum: Trash**
**Administration – Subforums: Trash, How To, Name Changes**

### The Rules of DMoon

The "Rules" posted on September 29, 2011, under the Information section

provide in part as follows:

1. Content
   a. No hardcore!
   b. No males of any age (no hands/fingers either) in posts.
   c. Nothing younger than 4 years, nothing older than 15 years.
      The age limit is a general rule, girls younger or older can be posted if
      they are part of a Lolita studio e.g. if a set needs a older or younger
      girl to be posted to complete it then that is fine.
      ….

2. Posting
   ….
   c. Your uploads need to be password-protected, i.e., encrypted file names
      are mandatory which means ZIP files are not allowed.  Content which is
      not properly protected will be removed.

   d. Do not change http:// to anything else to prevent hotlinking, all links
      posted go through anonym.to automatically.

   …

   g. Image hosters

   Allowed: Radikal.ru, youpic.su, fastpic.ru, pixs.ru
   …

   h. Post in English so that everyone has a chance to understand you.  In the
      chat you can use any language you want.

   i. You must add at least 1 preview image of the content that you post

   j.  Not posting any content appropriate to the group you're in for more than
       4 weeks will get you demoted…

3. Keep it private
   a. Do not post the board URL on public sites like open forums, chans, etc.
   b. If you know a person who could be a good addition to the board, please contact the administrators.

4. Not following any of the above rules might get you demoted, temporarily or even permanently banned.

Various Posts And Images of Child Pornography Found In
The Members Area and Advanced Members Area

Under "Studios" in both the "Members Area" and "Advanced Members Area," numerous studio names associated with child pornography and child erotica were listed. For example, in the "Advanced Members Area," the subforums listed under "Studios" included (but were not limited to): Acrobat Nymphets, Amateur Preteens, BD, Dark Collection, Little Virgins, LS Models, Fantasia-Models, Paradise-Birds.net, Preteen Pussy, Smallest-Pussy, Virgin Pussy World, Video-Lolita2, and Wild Nymphets. When clicking on the various studio sub-forums, your Affiant found child pornography that corresponded to the studios/companies involved. For example, when clicking on "Preteen Pussy," your Affiant saw a post with an image of a naked, prepubescent female standing up, exposing her pubic area for the camera. An emblem in the upper left hand corner of the image reads, "Preteen Pussy." When clicking on "Fantasia-Models," your affiant saw images of what appears to be a prepubescent girl named "Cejas" known by law enforcement to be associated with the entity "Fantasia Models." In the images, she is standing

in a shower with white, wet, see-through underwear.  One image depicts a close-up shot of her vagina, which is visible through her see-through, wet underwear. Based on your Affiant's training and experience, he believes the images described above constitute child pornography.

The "Members Area" included numerous studios as well, including, but not limited to, "Candydoll," "Child World," "Dream Girl," "Kid Models," "Playtoy," and "Vlad."  Your affiant found child pornography in this area, including images of "slips" and "see throughs" exposing  children's genitals.  For example, on May 10, 2012, the user Skatch started a thread titled, "Cutie latest set – 139, 140, and now 141" in the studio subforum "Art Modeling Studios" of the "Member's Area." He made several comments in this thread, including on May 27, 2012, where he stated: "Here is this weeks new set.  Only a couple of slips and no stockings but it is a see-thru thong and she shows plenty of arse so I'm a happy bunny."  Attached to the post were two pictures.  The first image depicts a minor female with little to no breast development laying on her back and propped up on her elbows.  She is wearing a black bra and a see-through black-lace thong, exposing her genitals and some pubic hair through her underwear.  Moreover, the sides of her genital area are exposed outside the underwear.  Based on her child-like stature, lack of breast development, little pubic hair, and youthful face, your affiant believes she is a minor.  The emblem "Cutie Model" is seen at the bottom of the picture.

The second image depicts the same minor described above wearing black thong underwear and a black bra.  She is on all fours and is exposing her buttocks and genital area towards the camera.  The sides of her genital area are seen outside the thong underwear.  The emblem "Cutie Model" is at the bottom of the picture. Based on your affiant's training and experience, he believes the above images constitute child pornography.   In response to the new images posted, several members thanked Skatch and at least one member asked about "more updates from this cutie."

While investigative efforts are still underway in fully analyzing the Dmoon BB, initial investigative efforts have revealed several members who were involved in the advertising, distribution, receiving and/or accessing with intent to view child pornography and the conspiracy to engage in such conduct.

The following provides examples of the content and postings made on Dmoon by ten bulletin board members:

### 1. Dreamer

Dreamer became a member of Dmoon on 10/28/2011.  Dreamer's last post on Dmoon was on or about 11/10/2011.  During the above time frame, Dreamer was involved in communicating with other Dmoon members.  IP logs associated with Dreamer's communications resolve to Polson, Montana.

On November 1, 2011, Dreamer started topic thread #592 in the "LS

Models" subforum of the "Advanced Member" section:

### LS Dreams Issue 1, Short Skirts-Complete

All of Issue #1 of LS Dreams. 7 Models, 21 Videos. Each
model 1 video split in 3parts. Uploaded in 7 links
according to each girl.
. . .
Pass for all files = ~!coD4luNar!~

Based on my training and experience, and through my conversations with

other law enforcement, your affiant recognizes "LS" to stand for "Lolita Studios,"

a company involved with the production of child pornography and commonly

referred to as "LS" for short by those involved with child pornography.

Included with the above were the following URLs:

http://www.megaupload.com/?d=O3K20J7N

http://www.megaupload.com/?d=KPOQJ24J

http://www.megaupload.com/?d=QCF8GQXV

http://www.megaupload.com/?d=E65DDW4Z

http://www.megaupload.com/?d=HZBPPQUU

http://www.megaupload.com/?d=KKWO5KAZ

http://www.megaupload.com/?d=Z19H3XW8

Also included were 21 preview images of several different female children, some of which appear prepubescent and in various stages of undress. For example, one of the images shows a prepubescent female lying with her head propped on a pillow and her legs straight in front of her. She is wearing an orange colored top with a tie and no bottoms or underwear. Her hands are crossed in front of her above her waist. The picture is taken from her head to the top of her knees. The child's naked pubic area can be seen.

Another image shows a female child, approximately 12 to 13 years of age. She is sitting on a sofa and using her hands to raise her black colored top to expose her breasts. The picture is taken of the child from her head to the middle of her thighs. Her legs are spread exposing her naked genitalia with pubic hair. Based on Affiant's experience and training, he believes the images described above depict child pornography.

## 2. Adamant

Adamant became a member of Dmoon on 12/28/2011. The email address on Dmoon associated with Adamant is ozias21@gmail.com. Adamant was an administrator on Dmoon and last visited the bulletin board on April 19, 2013. During the above time frame, Adamant was involved in communicating with other Dmoon members.

On April 12, 2013, Adamant started a thread (# 4369) in the "BD Videos"
subforum of the Advanced Members Area with the title "BD Misc Videos." Based
on your affiant's training and experience, and through my conversations with other
law enforcement, your affiant knows that BD Company produces images of child
pornography, and is commonly referred to as BD for short. In the thread,
Adamant discussed various BD videos and posted screenshots of the videos as
preview images. The preview images depict minor girls in various states of
undress, posing provocatively, and at times, some images focus on their naked
genitals. For example, in the second post of the thread, Adamant stated,:

> This one I have as B$^a$DC$^o$_mg07sr05 and it looks like it's
> from BD Mag Issue 07, and it looks like it's part of
> Polina aka LudaB video, but I'm not sure if it's supposed
> to be a before or after the one in BD Mag 7.

Attached to the post are preview images of a naked, prepubescent female
with long brown hair in front of a red background containing a dragon. She is
posing provocatively. Some of the images zoom in to her pubic area, making her
pubic area the focal point of the camera. Based on your affiant's training and
experience, he believes the screenshots focusing in on the child's genitals
constitute child pornography. In response to Adamant's posts and screenshots of
various BD videos, several members thanked him.

On 03/14/2013, Adamant started a thread (#4076) in the BD Magazine

subforum of the "Advanced Members Area":

> ### BD Magazine Issue 01 Videos 1-5
>
> These are fully joined versions of the videos. I don't have
> the split versions.
>
> I'm going to upload all of the BD Mag Videos, as well as
> all of the other BD videos I have in order to help
> BlahBlah replace the videos he lost in a HD crash.
>
> I hate when that happens and learned the lesson the hard
> way a very long time ago...always backup what you don't
> want to lose. 😊I backed up all my "stuff" yesterday, took
> my computer most of the night to backup an almost full
> TB hard drive, thankfully it can do that crap while I'm
> sleeping. 😎

Included with the above post were over 100 preview images, which appear

to be the preview screenshots of the above referenced videos, containing several

different female children in various stages of undress.

One preview image from the video "Bd-Mag_01_02_Polina School Passion"

shows a prepubescent female child sitting on the ground with what appears to be

fake snow and snow-covered vegetation in the background.  The child is wearing

high-heel shoes and no other clothes.  Her left leg is bent and lying on the ground

underneath her right leg which is propped in the air by her shoe.  Her legs are

spread exposing her naked genitalia.  At the bottom left corner of the picture are

the numbers 00:13:42 and at the bottom right corner are the words www.bd-company.com.

Several members thanked Adamant for the posts.    Based on Affiant's experience and training, he believes the images described above depict child pornography.

On March 15, 2013, Adamant started a thread (#4081) in the "BD Magazine" subforum of the "Advanced Members Area":

### BD Magazine Issue 03 Videos 1-12??

I have 12 videos in this issue, not sure if it was released this way or not.

I noticed a couple of videos in this issue go with the 2nd video in Issue #2, so that would explain why the video there wasn't very long.

Included with the above were over 275 preview images which appear to be screenshots of the above referenced videos, containing several different female children in various stages of undress.  25 of the preview images show what appear to be the same naked prepubescent female from the video file name BD-Mag_03_01_2lelya.   She is seen in various naked poses standing or sitting on a purple colored sheet several of which show her naked genitalia.  One of the pictures is taken from her lower abdomen to the top of her legs.  The focus of the

picture is of her naked genitalia. At the bottom left corner of the picture are the numbers 00:07:52 and at the bottom right corner are the words www.bd-company.com. Based on your Affiant's experience and training, he believes the images described above depict child pornography.

On June 7, 2013, pursuant to an administrative subpoena, Google provided the FBI with subscriber records regarding the above email account of ozias21@gmail.com. The subscriber records identified a secondary account of vtx6719@gmail.com . Listed as a secondary email account for this account was the email account of ozias21@gmail.com .

### 3. DarqueNessPrevails

DarqueNessPrevails became a member of Dmoon on 3/11/2012. The email address on Dmoon associated with DarqueNessPrevails is jailbaitlover143@gmail.com. DarqueNessPrevails was an advanced member on Dmoon and last visited the bulletin board on April 16, 2013. During the above time frame, DarqueNessPrevails was involved in communicating with other Dmoon members.

On February 6, 2013, DarqueNessPrevails started a thread (#3669) in the Siberian Mouse subforum for the "Advanced Members Area":

**<u>Veronika Silver Dildo</u>**

> I will be (slowly) uploading some of my Siberian Mouse
> collection, and was asked to start with this one. So, here
> it is, and I hope you all enjoy it.

Included with the above post were the following urls, along with preview pictures:

Part 1: http://www.mirrorcreator.com/files/0X86 ... .rar_links

Part 2: http://www.mirrorcreator.com/files/9INF ... .rar_links

The preview pictures show what appear to be the same female child, approximately 12 years old. She is fully nude and has no pubic hair and little to no breast development. In several of the pictures the girl is seen lying on a bed with rust colored sheets. Her legs are spread and she is holding a silver colored object that resembles a dildo at the tip of her naked genitalia. In other images, she appears to be inserting her finger into her anus while the camera focuses in on her buttocks. Based on Affiant's experience and training, he believes the images described above depict child pornography. Several members thanked DarqueNessPrevails for the post.

On December 8, 2012, DarqueNessPrevails started a thread (#3219) in the Amateur & Candid subforum of the "Advanced Members Area":

### Mediena#1

> Found this lovely girl some time ago and meant to share
> it here, but got sidetracked by other stuff. So, here it is.
> It's quite large 142 pics = 202mb), so I split it up. This is

also the reason there is only one 30 pic contact sheet.
There were 5 total, and I didn't think all 5 were neeeded.
If I do need more, let me know. Also, if there are any
problems, let me know.

Included with the post were 30 preview pictures and the following urls:

Part 1: http://www.mirrorcreator.com/files/48GD ... .rar_links
Part 2: http://www.mirrorcreator.com/files/0C3Q ... .rar_links
Part 3: http://www.mirrorcreator.com/files/E18X ... .rar_links

The preview pictures contain what appear to be different children in various
stages of undress several of which are exposing their naked genitalia. The picture,
identified as 172980.jpg, contains a female child, approximately 12 years of age.
She is naked lying on her back on a multicolored rug on the floor. Her legs are
bent in front of her with her feet on the ground. She is using her hands to grasp the
underside of each of her legs which are spread exposing her naked genitalia. She
has no pubic hair. Moreover, in an image identified as 172979.jpg, the same girl
is seen laying on the same multicolored rug on the floor. She is naked and laying
on her side, while raising her left leg up in the air. She has little to no breast
development and no pubic hair is again exposed. Several members thanked
DarqueNessPrevails for the posts, and one member asked if there were any new
images of the girls.

Based on Affiant's experience and training, he believes the images described
above depicts child pornography.

On June 7, 2013, pursuant to an administrative subpoena, Google provided

the FBI with subscriber records regarding the above email account of

jailbaitlover143@gmail.com.  The records identified a secondary email account of

dragon323187@yahoo.com associated with the jailbaitlover143@gmail.com

account.

### 4. Jalex

Jalex, became a member of Dmoon on 4/1/2012.  The email address on

Dmoon associated with Jalex is jalex0085@gmail.com.  Jalex was an advanced

member on Dmoon and last visited the bulletin board on April 19, 2013.  During

the above time frame, Jalex was involved in communicating with other Dmoon

members.

On April 13, 2013, Jalex started a thread  (#4378) in the Amateur & Candid

subforum for the "Advanced Members Area":

> **Some Classic Nude Art!**
>
> Hello all, came alone [sic] these pictures and thought I
> would share, here are a few previews.

Included with the above was the following URL, along with two preview

pictures:http://www.mirrorcreator.com/files/1ACL62PM/Sweet_Artichoke_Dip.rar

_links

The two preview pictures contain two different females both of which appear to be approximately 13 to 15 years of age. The first picture shows a female kneeling on her hands and knees and facing away from the camera at an angle. While the child's face is not totally visible, her overall body development suggests that she is a child, particularly the complete lack of pubic hair and little breast development. She is wearing high-heel wedge shoes and green/white colored socks and string bikini underwear that does not totally cover her genitalia. The sides of the female's vaginal area and her anus are visible, and show no pubic hair.

The second picture shows a female standing naked in a field. The picture is taken from her head to the top of her knees. She is bent slightly forward with her hands between her legs. The female's naked genitalia with pubic hair is exposed. The female has some breast development. Based on her youthful face and small stature, I believe she is a minor. Based on your Affiant's experience and training, he believes the images described above depict child pornography. Several members thanked Jalex for the images

Jalex also accessed and commented on images of child pornography posted by other people. For example, January 31, 2013, Smooth started a thread (# 3598) in the "Siberian Mouse" forum of the Advanced Members Area stating:

> **Re: Do we need any of these?**
> Hey guys. I have the chance of getting these vids but I
> have to download them all. I thought some of you SM

expert would have a better idea as all these vids have
been renamed, and I'm struggling to work it out, I think
we need 2 but if you guys can check then if there is
some, I'll start getting the rest of the RAR parts.

Attached were screenshots from twenty videos, depicting what appear to be
minor females engaged in sexually explicit conduct.  For example, in the video file
02.wmv, the screen shots depict two naked females.  One female with long, dark
hair has no breast development and appears to be approximately 10 years of age.
In several images, she is seen inserting what appears to be a dildo into the genital
and anal region of the other female.  The time stamps in the upper right hand
corner for these images are 00:10:56, 00:12:46, 00:14:35 and 00:20:04.  At
00:34:40, the dark haired girl appears to be performing oral sex on the other
female.  Based on your Affiant's training and experience, he believes the above
images constitute child pornography.  Several members posted replies to the
images.  On January 31, 2013 Jalex replied, "almost all are new to me, I would
love them please!"

Jalex accessed and commented on additional images of child pornography.
On January 4, 2013, Father48 began a thread (# 3363) in the subforum "Image
Galleries" in the "Members Area (NN)" with the title, "Some Liliana money
shots."  In the post he stated, "Some Liliana money shots and few others."
Attached to the thread were numerous urls and images of prepubescent girls in

skimpy underwear, revealing parts of their genitalia. For example, one image at http:img278.imagevenue/img.php?un... 419lo.jpg depicts a prepubescent child wearing a yellow bikini tube top and yellow string underwear, clearly exposing her genital area. She is leaning back on pink bedding eating a lollipop. Based on your Affiant's training and experience, he believes the above image depicts child pornography.

On January 4, 2013, Smooth replied by singling out and reposting the url and image described above (http:img278.imagevenue/img.php?un... 419lo.jpg ) and stated, "What set is this from f48?" On January 4, 2013, Mastermul replied, "It's a custom shoot of Cherish, sister of Peach Model. Unfortunately, I saw only this one pic. Looking for the whole set as well." On January 4, 2013, Jalex replied, "Everyone has been looking for that set, as far as I know it don't exist. I spend a lot of time looking for it." On January 10, 2013 Father48 replied, "Yeah it is from a set, but there are only a couple of shots like that, they was removed from the set when it was released, then I guess just leaded as a few custom...there is like three pics I think...I might have them...I am pretty sure how that goes, but not 100% I bet there is a lot more pics that was pulled out sets with all the models..lead therm fuckers..haha."

Moreover, on December 11, 2011, daystar began a thread (# 841) titled "2Crazygurls" in the "Amateur & Candid/Webcams" subforum in the Advanced

Members Area. In the opening post, Daystar stated, "This girls went by many names, including 2Crazygurls Tinkerbell or Roxy and more besides. Nothing new here but, for anyone who doesn't have them, her webcams are some of my favourites and well worth having."

Attached to the post was at least one URL and numerous preview screenshots for 3 separate videos. The first video file name, titled "2crazygurls1 1-11 avi" depicts a young female in various states of undress. In one image her shirt is off, exposing her bare chest, which is flat and undeveloped. A second image shows a close-up of naked genitals, with no pubic hair. The time stamp 00:07:58 is in the lower right hand corner. A third image shows a close up image of fingers penetrating the vagina, simulating masturbation. The time stamp is 00:08:58.

The third video name, titled "Roxy.flv" depicts close up images of a female's vagina with no pubic hair and a white substance. A white and blue dildo is being inserted in her vagina. Based on my training and experience, I believe the images described above constitute child pornography. Daystar received several thanks from different members, along with various comments. On November 18, 2012, Jalex replied stating, "I love girls who cum on cam, even women...hard to find any videos, amateur or not with them cumming."

On June 7, 2013, pursuant to an administrative subpoena, Google provided the FBI with subscriber records regarding the above email account of

jalex0085@gmail.com. The records identified a secondary email account of Mbudlite89@yahoo.com associated with the jalex0085@gmail.com account.

## 5. Nikki1

Nikki1, became a member of Dmoon on 11/7/2012. The email address on Dmoon associated with Nikki1 is fourteenthousandfeet@hotmail.com. Nikki1 was an advanced member on Dmoon and last visited the bulletin board on April 19, 2013. During the above time frame, Nikki1 was involved in communicating with other Dmoon members.

On April 17, 2013, Nikki1 started a thread (# 4429) in the Amateur & Candid, Webcams subforum for the "Advanced Members Area":

### skype hottie
http://rapidshare.com/files/563522376/Skype.rar

Included with the above were six preview pictures. Each of the six pictures appears to contain the same prepubescent female. In three of the pictures the child is seen wearing a blue colored shirt and white socks. Her legs are spread exposing her naked genitalia. In two of those pictures, she is seen using her right hand to insert what appears to be a pencil in her anus. In the other picture, her legs are spread exposing her naked genitalia and she is seen using her right hand to insert what appears to be a pink colored highlighter in her anus. Based on Affiant's experience and training, he believes the images described above depict child

pornography. In response to Nikki1's post, several members thanked him. Moreover, on April 18, 2013 Smooth replied to the "Skype Hottie" title of the post by stating, "yes I would agree with that : )"

On February 11, 2013, Nikki1 started a thread (# 3706) titled "3 Lolitas from many Moons ago : }" in the "Requests" forum of the Advanced Members Area. In his opening post he stated, "Does anyone have these 3 set's? [sic] ..I know this is 'ksenia' from Preteens Heaven, …the Little Angels & Lolitas Factory set's [sic] I don't know the setnames. Thanks, Nikki1." Attached to the post were three images of prepubescent girls. In the first image, a naked prepubescent girl with a yellow bow in her hair is leaning back on what appears to be a white sheet or hammock. Her right hand is holding the stem of a flower. Her legs are spread, exposing her vagina. In the upper left hand corner and lower right hand corner of the image, is a "Preteens Heaven" emblem with a small picture of a nude, prepubescent girl sitting down with her legs spread, revealing her vagina.  On February 12, 2013, Smooth replied, "you do seem to like this request forum" and attached a url. That same date, Nikki1 replied, "I didn't think I would ever find these set's [sic].. Thank you Smoothy"

On December 2, 2012, Nikki1 started a thread (# 3185) in the "Random" subforum for the "Advanced Members Area":

**Lunar pix**

Here are some of my pictures: 😊

http://rapidshare.com/files/4182139974/ ... .part1.rar
http://rapidshare.com/files/1982909397/ ... .part2.rar
http://rapidshare.com/files/115486787/l ... .part3.rar

Four preview pictures were also included. Each of the four preview pictures contains female children. One of the preview pictures is titled "Nudz". The picture shows a naked prepubescent female standing in a market setting with two clothed adult males in the background. The picture is taken from the child's head to the top of her knees. She is holding a towel in her left hand and her chest and arms contain various body paint markings. Her genital area is exposed. Another picture titled "Photo" contains a prepubescent female. The picture has the word "Merek" in the bottom left corner and the words "Lolita in Europe" in the bottom right corner. The picture is taken of the child from her head to the top of her knees. The child is wearing a red colored dress which she has raised above her waist exposing her naked genitalia. Based on Affiant's experience and training, he believes the images described above depict child pornography. Several members thanked Nikki1 for the images and other members provided comments.

### 6. Darkness

Darkness became a member of Dmoon on 10/10/2011. The email address on Dmoon associated with Darkness is ff575maranello@hotmail.com. Darkness

last visited the bulletin board on January 18, 2012.   During the above time frame,

Darkness was involved in communicating with other Dmoon members.

On October 10, 2011, Darkness started a thread  (# 317) in the Studios, LS

Models subforum for the Advanced Members Area:

> **A tribute to my fav LS gal**
>
> Alice, she is a godess!
>
> http://www.multiupload.com/VPZLKCNJ3I
>
> http://www.multiupload.com/3TCIXFLSH9.

Included with the above were 13 preview pictures of children some of which

appear prepubescent and contain the LS Models emblem.  Law enforcement

recognizes LS as an entity that produces child pornography.  One of the preview

pictures shows a child, approximately 11 to 12 years old.  She is lying mostly nude

on the floor on her right side and has little to no breast development.  Her right

elbow is resting on the ground with her hand near her head.  She is holding what

appears to be a flower in her right hand.  Her waist is wrapped in orange colored

cloth.  Her legs are together and bent in front of her exposing the bottom portion of

her naked genitalia, which has no visible pubic hair.  Based on Affiant's

experience and training, he believes the image described above depicts child pornography.

Darkness also accessed images of child pornography and provided comments complimenting and endorsing the images he saw. For example, on November 2, 2011, Crackerjack started the following thread (#594) in the "Advanced Members Area":

> **Sophie**
> New webcam pthc 2011 Sophie Day 3 – part 1
> there is 6 videos I have 1when I download the other 5 I will post them.

Based on Affiant's training and experience, "pthc" stands for "preteen hard core." Attached to the post were several urls to megaupload, along with a password. Numerous preview images were also recovered within the post, showing a naked, prepubescent female. In some pictures she is sticking a toothbrush in her mouth. Later, the camera focuses in on her naked genitals and shows her masturbating and inserting the toothbrush into her vagina. Based on your Affiant's training and experience, he believes the above images constitute child pornography. Several members replied to "Crackerjack's" post. On November 5, 2011, Darkness replied, "Damn she is cute and skinny! Great post ty!"

On October 15, 2011, NNandN_L0v3r_2-12 started the following thread (# 402) in the Advanced Member's Area in the Paradise Birds/Polar Lights subforum:

**Another Casey custom set**
Hello friends Here is another Casey nude set.

Attached to the post were urls, along with preview images. The preview images show a naked female with little to no breast development and no public hair. In some of the images she is on all fours with the camera zooming in on her genital area, clearly showing her vagina and anus. Based on your affiant's training and experience, he believes the above images constitute child pornography. On October 25, 2011, Darkness replied stating, "o sweet don't have this set! Thankyou, she is so awesome!"

## 7. Flargonshroug

Flargonshroug became a member of Dmoon on 1/28/2012. The email address on Dmoon associated with Flargonshroug is soarinblades@yahoo.com. Flargonshroug last visited the bulletin board on June 23, 2012. During the above time frame, Flargonshroug was involved in communicating with other Dmoon members and evidence reveals him accessing and commenting on images of child pornography.

On March 12, 2012, PeterPan started a thread (# 1466) with the title, "Collage Themed Pics." In his initial post he stated,

**Collage Themed Pics**

I have this collage software…So I made some 'arty collages.' Hope you all like it. as U might have notice I'am into 'healthy type girls.' not that I don't like slim girls…I love all cute girls.

Attached to the post were images of nude and semi-nude minor females with little to no breast development on a beach. Later that same day, PeterPan posted additional pictures, including at Post #4 within that thread, showing an image of a prepubescent female leaning backwards with her legs spread open while wearing a denim jumper pulled up over her hips. She is pulling her white underwear to the side, exposing her vagina and anus to the camera. The message, "It's a girl" is in the upper right hand side of the image. On March 22, 2012, Flargonshroug replied stating,

**Re: Collage Themed pics**

I think what I like most about your work (especially these) is that they're fun and don't make them seem dirty. People are down on pedos since they all think we want to go around and sexually abuse little girls, when in reality there are some of us who wouldn't harm a fly. These collages almost seem like they make pics of nude little girls socially acceptable.

Also, do you have a set/more pics/name for these girls?

Attached to Flargonshroug's post were two urls depicting prepubescent girls. In one image, a naked prepubescent female is leaning back on pink, blue, and purple bedding with her legs spread, displaying her genitals to the camera. The

46

phrase "Splish Splash" appears on the image. In the second image (also seen at Post #4), a prepubescent female is leaning backwards with her legs spread open while wearing a denim jumper pulled up over her hips. She is pulling her white underwear to the side, exposing her vagina and anus to the camera. The message, "It's a girl" is in the upper right hand side of the image. Based on your affiant's training and experience, he believes the images described above are child pornography.

On March 21, 2012, Superboy started a thread (# 1539) titled "Sweet Cherry Pie" which was recovered in the Trash of the Advanced Members Area. In his opening post Superboy stated, "I have a new fondness for "cherry pie" after seeing this sweet little cutiepie!  Edited of course : )"  Attached to the post was a url and two preview images of a naked prepubescent female. In the first picture she is leaning on her side on a white sheet with cherries near her. In the second image, she is spreading her legs open, clearly displaying her vagina, with a cherry sitting on top of her abdomen. The focal point of the camera is her vagina. On March 22, 2012, Flargonshroug replied, "Is this Kait?  I heard the dad got caught or something and was put in jail, what's the actual story?"

On April 18, 2012, Flagonshroug started a thread (# 1775) titled, "The Pedophile's Guide to Love and Pleasure by Phillip R. Grea" stating:

Anyone have a copy of the pdf? http://www.buzzfeed.com/expresident/the...d-pleasure It was basically a guild [sic] to pedophilia and how to get a child to be comfortable doing certain things. I think it'd be worth a read, not that it'd be wise to actually implement what the books says. Used to have a copy of the pdf a while back, but it's long gone and the only link I had was for megaupload.

On July 3, 2013, pursuant to an administrative subpoena, Yahoo provided the FBI with subscriber records regarding the above email account of soarinblades@yahoo.com. The records identified a secondary email account of inpersonator@aim.com associated with the soarinblades@yahoo.com account.

### 8. Lojoe

Lojoe became a member of Dmoon on 6/6/2012. The email address on Dmoon associated with Lojoe is lojoe12@yahoo.com. Lojoe last visited the bulletin board on December 12, 2012. During the above time frame, Lojoe was involved in communicating with other Dmoon members.

On June 13, 2012, Lojoe started a thread (# 2227) in the PZ Studio subforum of the "Advanced Members Area":

### DF Studio ( Bad Kittys)

Enjoy and hello everyone!!

Included with the above was the URL http://www63.zippyshare.com/v/74355628/file.html and a picture containing what appears to be two prepubescent

females dressed in costumes. One of the females is wearing red knee-high stockings, white underwear, a head band with horns and a scarf draped over her shoulder. She is standing and using the finger of her left hand to touch the outside of her underwear on her genitalia. Her hips are angled away from the camera exposing a portion of her genitalia that is not covered by her underwear. The other female is standing wearing a face mask and a purple colored top. She is raising her top above her waist exposing her naked genitalia. While this child's face is not fully visible, her body development appears to be that of a prepubescent child based on her stature and because she has no pubic hair. Based on Affiant's experience and training, he believes the image described above depicts child pornography.

On June 13, 2012, Lojoe started a thread (# 2229) in the Studios, Art Modeling Studios subforum of the " Members Area":

### Lolly ( Cute Blonde)

Wish she had a set missing clothes. ☺ Blondes are my weakness......

Included with the above was the URL of   http://www20.zippyshare.com /v/21050030/file.html and the picture of a child, approximately 12 to 13 years old, lying on an orange colored sheet. She is wearing a pink colored top and underwear. She appears to have little to no breast development, has a youthful

face, and small stature. Her left leg is lying straight in front of her and her right leg is bent with her foot on the sheet. Her legs are spread. She is wearing see-through underwear which exposes her genitalia with some pubic hair. Several members thanked him for the posting. Based on Affiant's experience and training, he believes the image described above depicts child pornography.

On June 12, 2012, Neo63 started a thread (# 2223) titled "LS SiteRip's." Law enforcement recovered this from the Trash of the Advanced Member's Area. In his opening post, Neo63 stated, "Found in a NN set, posted on ichan, a few useful links and was not published from OP. The links are asfile.com but works fine with Mypony and without premium account. dl speed is nearly 60 kb/s, you need 12 hour per complete set for download. Hope your have enouch time. " Attached to the post were urls and preview images for various websites, including Natural Angels, Charming Angels, Magic Lolita, Lovely Nymphets, Gentle Angels, and Video 2000. Each website contains preview images of minor girls in various states of undress, and many of the girls have little to no breast development and no pubic hair. For example, the preview image for "Gentle Angels" states "Young girls – innocent, gorgeous and delightfully fresh – are all this website is about. Like you, we're fascinated by the unbelievable." The bottom of the preview image states, "Join now." Also included in the image is a female child with little breast development and no pubic hair standing nude while holding a red

shawl.  Her right hand is near her naked pubic area, drawing the eye to her genitals.

Based on your affiant's training and experience, he believes the above image

constitutes child pornography.

Several members replied to the post.  On June 12, 2012, Jalex replied, "THE

MOST AMAZING POST OF THE YEAR AWARD GOES TO YOU."  On June

13, 2012, Lojoe replied, "Thanks Neo, Going to save this for when I am running

100%.  Looks to be a long download."

### 9. Olvidada

Olvidada became a member of Dmoon on 1/26/2012.  The email address on

Dmoon associated with Olvidada is olvidadaalma@gmail.com.  Olvidada last

visited the bulletin board on January 3, 2013.   During the above time frame,

Olvidada was involved in communicating with other Dmoon members.

On March 13, 2012, Olvidada started a thread (# 1474)  in the Amateur &

Candid, Webcams subforum of the "Advanced Members Area":

### Amanda 10Yo Webcam Show

Just a lil' somethin'. 😎

Included with the above was the URL of http://www.mediafire.com/

?fd1r239ai3rq6ez and 16 thumbnail pictures of what appears to be the same

prepubescent female.  The pictures show the child in various stages of undress.

She has little to no breast development and no pubic hair. In one of the pictures the child is seen wearing a teal colored bathing suit top. The picture is of the child from her chest to the top of her ankles. She is seen squatting with each hand placed on her thigh area. Her legs are spread exposing her naked genitalia. The number 00:07:17 is displayed in the lower left corner of the picture.

Based on Affiant's experience and training, he believes the image described above depicts child pornography.

Law enforcement recovered a thread ( # 1162) started by Olvidada in the trash of the Advanced Members Area. The thread was dated January 27, 2012 and provided:

### Dark Robbery

Here goes nothin'.

Part 1: http://www.mediafire.com/?xbcfw8yyg4eee4w
Part 2: http://www.mediafire.com/?x139k9u22mcz3v6
Part 3: http://www.mediafire.com/?un5io619rjxv97v

Also included were 16 pictures containing at least two different female children. One of the children has dark colored hair and appears to be prepubescent. The other child has blondish colored hair and appears to be 12 to 13 years old. One of the pictures show the older child sitting naked on a sofa with her legs spread. The younger child is naked and kneeling in front of her with her face

52

focused on the older female's genitalia. The picture contains the number 00:15:58 in the lower left hand corner. Another picture shows the younger female child sitting in a chair. She is naked with her legs spread exposing her genitalia. The picture contains the number 00:40:57 in the lower left hand corner. Additional images show close up images of the prepubescent girl's vagina. Based on your affiant's training and experience, he believes the images depict child pornography .

On May 23, 2012, Olvidada started a thread (# 2047) titled, "Webcam Kandylala 12yo" in the Amateur & Candid, Webcams subforum of the Advanced Members area. In Post #1 he stated, "sorry I've been inactive." Attached to the post are screen shots of what appears to be a nude girl with no pubic hair. In some screen shots, she appear to be masturbating. Based on your affiant's training and experience, he believes the images depict child pornography. Several members thanked Olvidada for the post.

On June 19, 2013, pursuant to an administrative subpoena, Google provided the FBI with subscriber records regarding the above email account of olvidadaalma@gmail.com. The records identified a secondary email account of keitaro8806@yahoo.com associated with the olvidadaalma@gmail.com account.

### 10. Mr Bloom

Mr Bloom became a member of Dmoon on 4/7/2012.  The email address on Dmoon associated with Mr Bloom is megocryptic@gmail.com.  Mr Bloom was an advanced member and last visited the bulletin board on July 2, 2012.   During the above time frame, Mr Bloom was involved in communicating with other Dmoon members.

On May 14, 2012, Mr. Bloom started a thread (#  1961) in the Studios, BD subforum of the "Advanced Members Area":

**BD-Anna-Phlo21-02**

Enjoy!

Included with the above was the URL

http://www8.zippyshare.com/v/2694970/file.html  and three preview pictures of a prepubescent female child in stages of undress.  Each picture contains the words "BD-COMPANY BD-TEAM" in the lower right hand corner.  One of the pictures shows the child from the top of her head to the middle of her thighs.  The child is slightly bent to the right and supporting herself with her right hand on her right leg. Her left hand is on her left hip.  Her legs are spread exposing her naked genitalia

Based on Affiant's experience and training, he believes the image described above depicts child pornography.

**11. iluv420girls**

iluv420girls became a member of DMoon on May 16, 2012. The email address associated with iluv420girls is iluv420girls@yahoo.com. iluv420girls last visited the bulletin board on June 14, 2012. During the above time frame, iluv420girls was involved in communicating with other DMoon members.

Law enforcement recovered a thread (# 2075) started by iluv420girls in the Trash of the Advanced Members section. On May 27, 2012, iluv420girls titled the thread "Variety of mostly nudes" and stated, "Hi, this is my application. It contains mostly nudes, some clothed pics that I collected from other sites." Attached to the post was a url link and a password. Law enforcement was able to access that link and view over 100 images posted from numerous studios, including LS, BD, and Miss Alli. Numerous images contained child pornography. For example, at image 0001-127316924926_onionib.jpg was a blond prepubescent girl laying naked on what appears to be a bed. She is up against a metal bed backboard with her legs spread, clearly exposing her vagina and anus to the camera. An LS-Magazine emblem is seen in the upper right hand corner of the image. Image 82965.jpg depicts a naked prepubescent girl leaning backwards on a flat rock on a sandy beach by water. She is wearing a shell necklace and shell bracelets on her arm and ankle. Her legs are spread, clearly exposing her vagina and anus to the camera. An LS Island emblem is seen in the corner of the image.

On May 28, 2012, iluv420girls started a thread ( # 2078) titled "Miss Alli real nudes?" in the Rebel Shooter subforum of the Members Area.  In the post he stated, "Hi.  Does anyone know if real nudes (by which I mean full frontal, no clothing covering) of this precious darling exist?  I remember reading a topic in Ligiheaven where someone had purchased a full nude custom set of her from Rebel shooter.  Do these pics exist, or am I relegated to my imagination once more?"  While no images were recovered from the board connected to this post, law enforcement has seen "Miss Alli" images depicting minor girls in various states of undress posing provocatively.   Numerous members replied, discussing whether such images exist.

## VII. INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

Affiant anticipates executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the respective warrants to require Google, Inc., and/or Yahoo!, and/or Microsoft and/or AOL Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized

persons will review that information to locate the items described in Section II of Attachment B.

## VIII. CONCLUSION

Based on the above information, along with your Affiant's training and experience, your Affiant has probable cause to believe the Google e-mail accounts ozias21@gmail.com, vtx6719@gmail.com, jailbaitlover143@gmail.com, jalex0085@gmail.com, olvidadaalma@gmail.com, and megocryptic@gmail.com , the Yahoo! email accounts soarinblades@yahoo.com, lojoe12@yahoo.com, iluv420girls@yahoo.com , dragon323187@yahoo.com, Mbudlite89@yahoo.com, and keitaro8806@yahoo.com , the Microsoft email accounts fourteenthousandfeet@hotmail.com and ff575maranello@hotmail.com and the AOL email account inpersonator@aim.com constitute and or/contain evidence, fruits, and instrumentalities of the above-listed child exploitation offenses, including the advertisement, distribution, receipt and/or access with intent to view child pornography and the conspiracy to engage in such offenses. Specifically, your Affiant has probable cause to believe that the email accounts were used to: (1) receive notifications from the Dmoon bulletin board, and/or; (2) communicate with other Dmoon members regarding their interest in child pornography; and/or (3) distribute and store images of child pornography. Moreover, your Affiant has

57

probable cause to believe that information contained in the above email accounts will provide information as to the identity and/or location of each Dmoon member described herein.

This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711(3) and 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that - has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(I).

Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Kevin W. Damuth, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 2nd day of Augel 2013.

United States Magistrate Judge